use of the residence to sell drugs and admission to possessing all the drugs located therein, sufficient to find control and close proximity. Thus, I would affirm and not remand; however, understanding that remand has been ordered, I believe the directed inquiry should be whether the drugs and the firearm were in "close proximity," not whether "[a]ppellant was in constructive control of the firearm[.]" *Id.,* at 1040.

For the above reasons, I respectfully dissent.

83 A.3d 85

MCT TRANSPORTATION INC. t/a Montco Suburban Taxi and Bucks County Services, Inc. and Concord Coach Limo t/a Concord Coach Taxi and Concord Coach USA t/a Bennett Taxi and Dee–Dee Cab Company t/a Penn Dell Cab and Germantown Cab Company, Appellees

v.

PHILADELPHIA PARKING AUTHORITY, Appellant.

The Philadelphia Regional Limousine Association Individually and on Behalf of its Members, and A–1 Limousine, Inc., Accurate Transportation, LLC, A J & L Limousine Service, Adamo Limousine, Ltd., Afton Limousine Service, LLC, A Royal Limousine, LLC, Aries Limousine Service, AAAA Limousine, at Your Service Limo, Best of Times Chauffeured Limousine Service, Inc., Bieber Transportation, Boston Coach–Pennsylvania Corp., Carey Limousine Phila, Inc., Club Limo, Celebrity Limousine Service, Inc., Concord Limousine, Inc., Champagne Limousine Service, Inc., Corporate Sedan Services, LLC, Cloud 9 Transportation, Inc., Crystal Limousine, Inc., Christa Lauren Limousine Co., Inc., Firstclass Limo, Inc., Five Star Limousine Services, Inc., Frankford Limousine Service, Inc., Flyte Tyme Limousine, Galaxy Limousine, Inc., Global Limousine Network, Infinity Limousine, Inc., J & J Luxury Transportation Service, King Limousine Service, Inc., Limo Today.Com, Inc., Luxury Limousine Service, Inc., M J Lavish Limousine Service, Michael's Classic Limousine, Main Line Express, Inc., Pocono

418

Limousine Service, Inc., Paoli Airport Limousine Service, Inc., Profile Transportation Company, Profile Transportation Company, Park Avenue Luxury Limousine, Private Coach, Park Place Limousine Service, Q Limousine, LLC, Rhoads Limousine Service, Inc., Touch of Class Transportation, Traveler's Limo, LLC, Unique Limousine, LLC, and U.S.A. Limousine Ultra, Inc., Appellees

v.

Philadelphia Parking Authority, Appellant.

Nos. 5 EAP 2013, 6 EAP 2013.

Supreme Court of Pennsylvania.

Nov. 20, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of November, 2013, the orders of the Commonwealth Court are **AFFIRMED.**

83 A.3d 85

**Lavar HARRIS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** Kimberly A. Barkley, Board of Secretary, Appellees.

Supreme Court of Pennsylvania.

Nov. 21, 2013.